MAIN AND SOUTH STREETS HOLDING CORPORATION, Respondent, v. UNION TRUST COMPANY OF ROCHESTER, Appellant.— Order denying defendant's motion for a change of venue from the county of New York to the county of Monroe, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. (See Spanedda v. Murphy, 144 App. Div. 58.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NEW YORK SAVINGS BANK, Respondent, v. EMPIRE 38TH STREET CORPORATION, Appellant, Impleaded with Others, Defendants. BERNARD L. TOUROFF, Receiver, Respondent.— Order denying motion of defendant-appellant for instructions how to proceed in two separate proceedings and in an action pending in the Municipal Court of the City of New York, Borough of Manhattan, Third District, prior to the appointment of the receiver, and for an order fixing attorney's lien in said proceedings, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THEATRE HOLDING COMPANY, Respondent, v. LOEW'S INCORPORATED and Others, Appellants, Impleaded with Another, Defendant.— Order denying motion of defendants-appellants to stay their examination before trial under two orders made on August 30, 1935, pending the determination of a motion made by said defendants for summary judgment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JAMES LOWE, Appellant-Respondent, for a Peremptory Order of Mandamus against JOHN C. CLARK and Others, Members of the State Civil Service Commission of the State of New York, and Others, Respondents-Appellants. NATHAN H. HERZBERGER, Intervening Defendant.— Order, in so far as it denies petitioner's motion for a peremptory order of mandamus unanimously affirmed, with twenty dollars costs and disbursements to the defendants-appellants, and in so far as it grants an alternative order of mandamus reversed and the petition dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANK C. SMITH, Appellant, for a Peremptory Order of Mandamus against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Order denying petitioner's motion for a peremptory or alternative order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.